No. 01–806. ANDERSON v. UNITED STATES;
No. 01–7087. LaHUE v. UNITED STATES; and

No. 01–7152. LAHUE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 261 F. 3d 993.